724

53 So.2d 894

### Clifford JORDAN v. CITY OF BIRMINGHAM.
#### 6 Div. 158.

Court of Appeals of Alabama.
May 1, 1951.

Rehearing Denied May 29, 1951.

Geo. E. Trawick, Birmingham, for appellant.

Chas. H. Brown, Birmingham, for appellee.

PRICE, Judge.

Affirmed on authority of Fiorella v. City of Birmingham, 35 Ala.App. 384, 48 So.2d 761, certiorari denied 254 Ala. 515, 48 So.2d 768.

55 So.2d 926

### Bill KELLEY, alias v. STATE.
#### 5 Div. 339.

Court of Appeals of Alabama.
Nov. 27, 1951.

HARWOOD, Judge.
Affirmed.

55 So.2d 927

### C. J. KING (Doing Business as Independent Oil Terminals) v. CITY OF ANDALUSIA.
#### 4 Div. 174.

Court of Appeals of Alabama.
Jan. 15, 1952.

Powell, Albritton & Albritton, Robt. B. Albritton and Albert L. Rankin, all of Andalusia, for appellant.

Jas. M. Prestwood, of Andalusia, for appellee.

CARR, Judge.

Affirmed on authority of Sanford Service Co., Inc., v. City of Andalusia, ante, p. 74, 55 So.2d 854.

53 So.2d 895

### Arthur LAMAR v. CITY OF BIRMINGHAM.
#### 6 Div. 181.

Court of Appeals of Alabama.
May 1, 1951.

Rehearing Denied May 29, 1951.

Geo. E. Trawick, Birmingham, for appellant.

Chas. H. Brown, Birmingham, for appellee.

CARR, Presiding Judge.

Affirmed on authority of Fiorella v. City of Birmingham, 35 Ala.App. 384, 48 So.2d 761, certiorari denied 254 Ala. 515, 48 So.2d 768.